[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1469

RALPH J. CATALDO,

Plaintiff, Appellant,

v.

MICHAEL ROBERTS, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Gene Carter, U.S. District Judge] 
[Hon. David M. Cohen, U.S. Magistrate Judge] 



Before

Selya, Boudin and Lynch,
Circuit Judges. 



Ralph J. Cataldo on brief pro se. 
Andrew Ketterer, Attorney General, and Peter J. Brann, Assistant 
Attorney General, on brief for appellees Michael Roberts and Michael
Morrison.
William R. Fisher, Ivy L. Frignoca and Monaghan, Leahy, Hochadel 
& Libby on brief for appellees Edward Reynolds and Penobscot County 
Sheriff's Department.
Harold C. Hamilton and Logan, Kurr & Hamilton on brief for 
appellee BettyLynn Trusz.


October 6, 1997


Per Curiam. We have carefully reviewed the record 

and conclude that the various orders of dismissal entered by

the district judge were entirely appropriate. We also

conclude that, as to the remaining claims against the

remaining defendants, the magistrate judge appropriately

granted summary judgment for the reasons explained at length

in his memorandum opinion. The new evidence that the

appellant proffers cannot be considered on appeal, see United 

States v. Kobrosky, 711 F.2d 449, 456 (1st Cir. 1983), and, 

thus, cannot affect the outcome. Similarly, the new issues

that the appellant seeks to raise for the first time are not

properly before us. See Martinez v. Colon, 54 F.3d 980, 987 

(1st Cir.), cert. denied, 116 s. Ct. 515 (1995). Finally, 

certain skeletal allegations of error, presented without any

developed argumentation, do not warrant review. See United 

States v. Zannino, 895 F.2d 1, 17 (1st Cir. 1990). 

Consequently, they do not warrant comment here.

We need go no further. The judgment below is

summarily affirmed. See 1st Cir. R. 27.1. 

Affirmed. 

-2-